IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                              No: 20-CR-635-001 KG

DORIAN LAZO-GONZALEZ,

    Defendant.

## ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Temporarily Modify Conditions of Release (Doc. 114), and the Court, having reviewed the motion, being advised that Assistant U.S. Attorney Christopher McNair and U.S. Probation Officer Angie Escobedo do not oppose the motion and being fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the conditions of release imposed in this matter on or about May 26, 2021, are hereby modified to temporarily remove the location monitoring requirement and allow travel to Houston, Texas from June 16, 2021 to June 25, 2021. In all other respects, the order setting conditions of release in this case shall remain in full force and effect.

_____
UNITED STATES DISTRICT JUDGE